1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

9

RICHARD J. BAKER.,

10

Plaintiff,

Civil Action No. 2:16-cv-00396

11

v.

**[PROPOSED] JUDGMENT**

12
13

MICROSOFT CORPORATION, et al.,

14

Defendants.

15    IT IS ORDERED AND ADJUDGED as follows:

16    Judgment is entered in favor of Defendants Microsoft Corporation, Electronic Arts Inc.,

17 Harmonix Music Systems, Inc., Majesco Entertainment Co., Ubisoft Inc., and Nintendo of

18 America Inc.'s (collectively "Defendants") on Plaintiff Richard J. Baker's ("Baker") claims for

19 infringement  pursuant to the Court's ORDER GRANTING DEFENDANTS' MOTION FOR

20 SUMMARY JUDGMENT (D.I. 135) dated January 3, 2017 and filed on January 4, 2017. Baker

21 shall take nothing on his claims against Defendants and his claims against Defendants are

22 DISMISSED WITH PREJUDICE.

23    Judgment is entered in favor of Defendants Microsoft Corporation, Electronic Arts, Inc.,

24 Majesco Entertainment Co., and Nintendo of America Inc. on their counterclaims for declarations

25 of noninfringement pursuant to that same ruling as follows: Claims 1-5, 10-15, and 18-20 of United

26 States Patent Number 5,486,001 are not infringed, literally or under the doctrine of equivalents.

27    Defendants Microsoft Corporation, Electronic Arts, Inc., Majesco Entertainment Co., and

LOWE GRAHAM JONES PLLC

701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301

1 Nintendo of America Inc.'s counterclaims for declaratory judgement of invalidity are

2 DISMISSED WITHOUT PREJUDICE.

3       Defendants are not liable for infringement of any of the asserted claims and are prevailing

4 parties in this litigation.

5       All relief not specifically granted herein is hereby denied. All pending motions not

6 previously ruled on are hereby denied. This judgment thus disposes of all claims and counterclaims

7 before the Court. This is a final, appealable judgment. The Court retains jurisdiction solely with

8 respect to requests for costs and fees.

9

10       DATED this 16th day of June, 2017.

11

12

13 *Richard A. Jones*
_____

14       The Honorable Richard A. Jones
      United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

[PROPOSED] JUDGMENT - 2
Civil Action No. 2:16-cv-00396
16-396.Baker judgment

LOWE GRAHAM JONES ᴘʟʟᴄ

701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301